# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LATHERY,<br><br>        Plaintiff,<br><br>   v.<br><br>CYNTHIA GIPSON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-00536-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 8) |

    On April 20, 2012, Plaintiff Larry Lathery filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

    Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on April 20, 2012.

IT IS SO ORDERED.

**Dated:   April 24, 2012**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE